**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| Blackstone Building Group, LLC, d/b/a Blackstone, LLC, by and through its successor in interest, Sara Creveling, | ) ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| Atigun Incorporated, | ) ) Case No. 4:14-cv-015 |
| Defendant. | ) |

Before the court is a attorney Paul D. Godec to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Paul D. Godec has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 7) is **GRANTED**. Attorney Paul D. Godec is admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2014.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge